IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


ANTHONY MILLER,                  :
                                 :
          Plaintiff              :
                                 :
    v.                           :    CIVIL NO. 4:CV-15-876
                                 :
WARDEN SPAULDING, ET AL.,        :    (Judge Brann)
                                 :
          Defendants             :

## Order

May 15, 2015

In accordance with the accompanying Memorandum, previously filed as separate docket entry no. 10, **IT IS HEREBY ORDERED THAT**:


1.   Miller's action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to the screening provisions of 28 U.S.C. § 1915.

2.   Plaintiff's motion seeking appointment of counsel (Doc. 5) is **DISMISSED AS MOOT**.

3.   The Clerk of Court is directed to **CLOSE** the case.

1

4.     Any appeal from this Order will be deemed frivolous,

without probable cause and not taken in good faith.


BY THE COURT:


  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge